LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRISHA SANCHEZ,** Individually And On Behalf Of All Others Similarly Situated, ) | Case No. 5:15-cv-00527-BRO-SP |
| ) | **NOTICE OF SETTLEMENT** |
| Plaintiff, ) | |
| vs. ) | |
| **FREEDOM DEBT RELIEF LLC,** ) | |
| Defendant. ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved

Respectfully submitted this 13th day of June, 2015.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1

Filed electronically on this 13th day of June, 2015, with:

2

3

United States District Court CM/ECF system

4

Notification sent electronically via the Court's ECF system to:

5

6

Honorable Beverly Reid O'Connell
United States District Court

7

Central District of California

8

9

Debbie P Kirkpatrick
Sessions Fishman Nathan and Israel LLP

10

11

12

This 13th day of June, 2015.

13

s/Todd M. Friedman

14

Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28