**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRISHA SANCHEZ,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>**FREEDOM DEBT RELIEF LLC,**<br><br>        Defendant. | Case No. 5:15-cv-00527-BRO-SP<br><br>**ORDER** |

     IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff Trisha Sanchez, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 25th day of August, 2015.

_____

The Honorable Beverly Reid O'Connell